IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-CV-00121-RPM-KLM

**STATE FARM FIRE AND CASUALTY COMPANY,
individually and as Subrogee of Michael Le Blond,**

     Plaintiff,

v.

**New Frontier Development, LLC and
The Country Hardware, Inc., d/b/a Country Home Outfitters.**

     Defendants.

_____

**ORDER GRANTING PLAINTIFF STATE FARM'S UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT**
_____

Upon review of Plaintiff State Farm's Unopposed Motion for Leave to File Amended Complaint [29] filed on June 28, 2011, it is

ORDERED AS FOLLOWS:

1. Plaintiff State Farm's Unopposed Motion for Leave to File Amended Complaint is hereby GRANTED;

2. Plaintiff's Amended Complaint is accepted and deemed as being filed as of the date of this Order; and

3. That the present Scheduling Order of April 28, 2011 is hereby vacated to allow a new Scheduling Order to be entered after the two new Defendants have appeared and the case is fully at issue.

Dated this 29th day of June, 2011

                BY THE COURT:

                s/Richard P. Matsch_____
                Richard P. Matsch, Senior District Judge