IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00121-RPM

STATE FARM FIRE AND CASUALTY COMPANY,
individually and as Subrogee of Michael Le Blond,

 Plaintiff,

v.

NEW FRONTIER DEVELOPMENT, LLC;
THE COUNTRY HARDWARE, INC., d/b/a COUNTRY HOME OUTFITTERS;
FRASER VALLEY CARPENTRY, INC.; and
RICK DEMAREST CONSTRUCTION, LLC,

 Defendants.

---

ORDER MODIFYING SCHEDULING ORDER

---

 Upon review of Plaintiff's Unopposed Motion to Modify Scheduling Order [50], it is

ORDERED AS FOLLOWS:

 1. Expert disclosures, pursuant to Fed. R. Civ. P. 26(a)(2), for parties bearing the burden of persuasion on issues for which expert opinion is to be offered: enlargement from January 16, 2012 to March 2, 2012;

 2. Expert disclosures, pursuant to Fed. R. Civ. P. 26(a)(2), for parties designating all contradicting experts: enlargement from February 16, 2012 to April 2, 2012;

 3. Expert rebuttal opinions to be exchanged: enlargement from March 2, 2012 to April 20, 2012;

 4. Discovery cutoff: enlargement from April 20, 2012 to June 8, 2012; and

 5. Dispositive Motion Deadline: enlargement from May 21, 2012 to July 6, 2012.

Dated: December 6th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge