IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-CV-00121-RPM

STATE FARM FIRE AND CASUALTY COMPANY, individually and as Subrogee of Michael Le Blond,

       Plaintiff,

vs.

NEW FRONTIER DEVELOPMENT, LLC, THE COUNTRY HARDWARE, INC., d/b/a COUNTRY HOME OUTFITTERS, FRASER VALLEY CARPENTRY, INC., and RICK DEMAREST CONSTRUCTION, LLC,

       Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

Upon the Joint Stipulation for Dismissal with Prejudice [54] by counsel for their respective parties above-named, it is,

ORDERED that the within action be and is hereby dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED:  April 25th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge